UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**BRUNO OLIVEIRA, ALEXANDER NUNEZ, and JOSE RIVERA,**
    **Plaintiffs,**

    v.                                Civil Action No. 1:20-cv-11365-IT

**VECNA TECHNOLOGIES, INC.,**
    **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised on February 12, 2021, that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

                                                By the Court,

Dated: February 16, 2021                 /s/Danielle Kelly
                                                      Deputy Clerk