UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO OLIVEIRA, ALEXANDER NUNEZ and JOSE RIVERA<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>VECNA TECHNOLOGIES, INC.<br><br>　　　　　　　　Defendant. | C.A. NO. 1:20-CV-11365-IT |

**STIPULATION OF DISMISSAL**

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Bruno Oliveira, Alexander Nunez and Jose Rivera and Defendant Vecna Technologies, Inc., through their attorneys, stipulate that the above-captioned action may be dismissed in its entirety with prejudice and without attorneys' fees or costs to any party, and waiving all rights of appeal.


Respectfully submitted,

| | |
|---|---|
| BRUNO OLIVEIRA, ALEXANDER NUNEZ and JOSE RIVERA, | VECNA TECHNOLOGIES, INC., |
| By their attorneys, | By its attorneys, |
| _/s/ Gilbert J. Schipani_<br>Gilbert J. Schipani (BBO # 675566)<br>Alexis Smith Hamdan (BBO # 557783)<br>Tempus Fugit Law LLC<br>183 State Street, Floor 2<br>Boston, MA 02109<br>Phone: (617) 752-2371<br>gil@tflawllc.com<br>alexis@tflawllc.com | _Sean P. O'Connor_<br>Sean P. O'Connor (BBO # 673835)<br>Morgan, Brown & Joy, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>Phone: (617) 523-6666<br>Fax: (617) 367-3125<br>soconnor@morganbrown.com |

Dated:  March 29, 2021

## CERTIFICATE OF SERVICE

  I hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

|  |  |
|---|---|
| Dated: March 29, 2021 | ___/s/ *Sean P. O'Connor*_____<br>Sean P. O'Connor |